**Order entered December 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00817-CR

**VERNON ALLEN HULME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81996-2014**

## ORDER

The Court **REINSTATES** the appeal.

On October 27, 2015, we ordered the trial court to prepare a certification of appellant's right to appeal that accurately reflects the trial court proceedings and to make findings regarding why appellant's brief had not been filed. We have not received the completed certification or the findings. However, on December 9, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 27, 2015 order to the extent it requires findings on the brief.

We note that appellant was convicted of multiple counts of indecency with a child. Appellant's brief identifies the complaining witness by her full name. Accordingly, we **STRIKE** the appellant's brief tendered on December 9, 2015. We **ORDER** appellant to file,

within **TEN DAYS** of the date of this order, an amended brief that identifies the complaining witness by her initials only.

We **DENY** as moot the December 9, 2015 extension motion.

We **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of the date of this order, a completed certification of appellant's right to appeal that accurately reflects the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
         JUSTICE